# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAMALSIKOU LOWE,
Petitioner,

vs.

THE HONORABLE MICHELLE
LEAVITT, DISTRICT JUDGE; DISTRICT
ATTORNEY, ELISSA LUZAICH;
JEFFREY S. ROGAN; AND PUBLIC
DEFENDER, RYAN J. BASHOR,
Respondents.

No. 71330

**FILED**

DEC 15 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This petition for extraordinary relief challenges alleged errors in pretrial proceedings. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise original jurisdiction. *See* NRS 34.020; NRS 34.160; NRS 34.170; NRS 34.320; NRS 34.330. Petitioner is represented by counsel in the proceedings below and should proceed by and through his counsel. Accordingly, we

ORDER the petition DENIED.

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

cc: Hon. Michelle Leavitt, District Judge
Lamalsikou Lowe
Gary A. Modafferi, Esq.
Clark County District Attorney
Attorney General/Carson City
Eighth District Court Clerk

16-39060